IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WENDIE CLEMONS                                                               PLAINTIFF

vs.                            Civil No. 1:16-cv-01048

NANCY A. BERRYHILL                                        DEFENDANT
Acting Commissioner, Social Security Administration

## J U D G M E N T

       Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

       **ENTERED this 9th day of June 2017.**

                                                                /s/ Barry A. Bryant
                                                                HON. BARRY A. BRYANT
                                                                U. S. MAGISTRATE JUDGE